UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT T. TURNER,<br><br>   Petitioner,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br><br>   Respondent. | Civil No. 20-cv-50-JPG<br>Criminal No 17-cr-40035-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Robert T. Turner's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Robert T. Turner and that this case is dismissed with prejudice.


**DATED: June 7, 2022**            MONICA A. STUMP, Clerk of Court

                                                     **s/Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**